Joseph Rebein, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jrebein@shb.com

Tammy B. Webb, (Admitted *Pro Hac* Vice)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:   415-544-1900
Facsimile:    415-391-0281
tbwebb@shb.com

*Attorneys for Defendant*
Union Pacific Railroad Company

[additional counsel listed in signature page]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES PAUL MOONEY; LAZY COYOTE RV VILLAGE, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, successor to Southern Pacific Transportation Company; SFPP, L.P. (formerly known as Santa Fe Pipelines, Inc., formerly known as Southern Pacific Pipelines, Inc.); KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC.,<br><br>Defendants. | Lead Case No.  2:15-cv-01092-DGC (consolidated with Case No. 2:15-cv-01380-DGC)<br><br>**NOTICE OF SERVICE OF DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS** |

Pursuant to LRCiv 5.2, Defendants Union Pacific Railroad Company, SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc. file this Notice of Service of Defendants' First Request for Production of Documents to Plaintiffs, informing the Court

1  that on the 22nd day of February 2016, Defendants served their First Request for Production
2  of Documents upon Plaintiffs James Paul Mooney, Lazy Coyote RV Village, LLC
3  (collectively "Plaintiffs") through their interim co-lead counsel of record.

Dated: February 22, 2016         Respectfully submitted,

/s/ Tammy B. Webb_____
Joseph Rebein, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jrebein@shb.com

Tammy B. Webb, (Admitted *Pro Hac Vice*)
John K. Sherk III, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:   415-544-1900
Facsimile:   415-391-0281
jsherk@shb.com
tbwebb@shb.com

Attorneys for Defendant
Union Pacific Railroad Company


*s/ Summer J. Wynn*
   Steven M. Strauss (Admitted *Pro Hac Vice*)
   Summer J. Wynn (Admitted *Pro Hac Vice*)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6030
Facsimile: (858) 550-6420
sms@cooley.com
swynn@cooley.com

Attorneys for Defendants
SFPP, L.P., KINDER MORGAN OPERATING
L.P. "D," and KINDER MORGAN G.P., INC.

2

NOTICE OF SERVICE
CASE NO. 2:15-cv-01092-DGC

336945 v1

**CERTIFICATE OF SERVICE**

I hereby certify that on February 22, 2016, the following document was electronically filed with the Clerk of the Court and served using the CM/ECF system, which will send notification of such filing to the attorney(s) of record at their listed email address(es).

- NOTICE OF SERVICE OF DEFENDANTS' FIRST REQUEST FOR PRODUCTION OF DOCUMENTS TO PLAINTIFFS

/s/ *Tammy B. Webb*
TAMMY B. WEBB