COOLEY LLP
STEVEN M. STRAUSS (*Admitted Pro Hac Vice*)
(sms@cooley.com)
M. RAY HARTMAN III (*Admitted Pro Hac Vice*)
(rhartman@cooley.com)
SUMMER J. WYNN (*Admitted Pro Hac Vice*)
(swynn@cooley.com)
CATHERINE J. O'CONNOR (*Admitted Pro Hac Vice*)
(coconnor@cooley.com)
4401 Eastgate Mall
San Diego, CA  92121
Telephone:   (858) 550-6000
Facsimile:   (858) 550-6420

Attorneys for Defendants
SFPP, L.P., KINDER MORGAN OPERATING L.P. "D,"
AND KINDER MORGAN G.P., INC.

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES PAUL MOONEY and LAZY COYOTE RV VILLAGE, LLC, on behalf of themselves and all others similarly situated,<br><br>　　　　　　Plaintiffs,<br><br>　v.<br><br>UNION PACIFIC RAILROAD COMPANY, successor to SOUTHERN PACIFIC TRANSPORTATION COMPANY; SFPP, L.P. (formerly known as SANTA FE PACIFIC PIPELINES, INC., formerly known as SOUTHERN PACIFIC PIPELINES, INC.); KINDER MORGAN OPERATING L.P. "D"; and KINDER MORGAN G.P., INC.,<br><br>　　　　　　Defendants. | Case No. 2:15-cv-01092-DGC<br><br>**CERTIFICATE OF SERVICE** |

| | |
|---|---|
| 1 | SFPP, L.P., KINDER MORGAN OPERATING L.P. "D", and KINDER MORGAN G.P., INC., |
| 2 | |
| 3 | |
| 4 | Counterclaimants, |
| 5 | v. |
| 6 | JAMES PAUL MOONEY; and LAZY COYOTE RV VILLAGE LLC, on behalf of themselves and all others similarly situated, |
| 7 | |
| 8 | |
| 9 | Counterclaim Defendants. |

## CERTIFICATE OF SERVICE

I hereby certify that on February 23, 2016, I electronically filed the foregoing document(s) in compliance with L.R. 5-5:

**1. Kinder Morgan's Counterclaim**

with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the attorney(s) of record at their listed email addresse(s).

Dated: February 23, 2016

*[signature]*
Catherine O'Connor
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121-1909
Tel: (858) 550-6000
Fax: (858) 550-6420
Email: coconnor@cooley.com

128056237