Joseph Rebein, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jrebein@shb.com

Tammy B. Webb, (Admitted *Pro Hac Vice*)
John K. Sherk, III, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:   415-544-1900
Facsimile:    415-391-0281
jsherk@shb.com
tbwebb@shb.com

*Attorneys for Defendant*
Union Pacific Railroad Company

[additional counsel listed in signature page]

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES PAUL MOONEY; LAZY COYOTE RV VILLAGE, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, successor to Southern Pacific Transportation Company; SFPP, L.P. (formerly known as Santa Fe Pipelines, Inc., formerly known as Southern Pacific Pipelines, Inc.); KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC.,<br><br>Defendants. | Lead Case No.  2:15-cv-01092-DGC (consolidated with Case No. 2:15-cv-01380-DGC)<br><br>**NOTICE OF SERVICE OF DEFENDANTS' FIRST INTERROGATORIES TO PLAINTIFFS** |

Pursuant to LRCiv 5.2, Defendants Union Pacific Railroad Company, SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc. file this Notice of Service

1

of Defendants' First Interrogatories to Plaintiffs, informing the Court that on the 31st day of March, 2016, Defendants served their First Interrogatories upon Plaintiffs James Paul Mooney, Lazy Coyote RV Village, LLC (collectively "Plaintiffs") through their interim co-lead counsel of record.

Dated:  March 31, 2016                    Respectfully submitted,

    s/ John K. Sherk
Joseph Rebein, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jrebein@shb.com

Tammy B. Webb, (Admitted *Pro Hac Vice*)
John K. Sherk, III, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:   415-544-1900
Facsimile:   415-391-0281
jsherk@shb.com
tbwebb@shb.com

Attorneys for Defendant
Union Pacific Railroad Company


    s/ Summer J. Wynn
Steven M. Strauss (Admitted *Pro Hac Vice*)
Summer J. Wynn (Admitted *Pro Hac Vice*)
COOLEY LLP
4401 Eastgate Mall
San Diego, CA 92121
Telephone: (858) 550-6030
Facsimile: (858) 550-6420
sms@cooley.com
swynn@cooley.com

Attorneys for Defendants
SFPP, L.P., KINDER MORGAN OPERATING
L.P. "D," and KINDER MORGAN G.P., INC.

## CERTIFICATE OF SERVICE

I hereby certify that on, March 31, 2016, the following document was electronically filed with the Clerk of the Court and served using the CM/ECF system, which will send notification of such filing to the attorney(s) of record at their listed email address(es).

- NOTICE OF SERVICE OF DEFENDANTS' FIRST INTERROGATORIES TO PLAINTIFFS

                              s/ John K. Sherk  
                              JOHN K. SHERK