1  Joseph Rebein, (Admitted *Pro Hac Vice*)
   Andrew Carpenter (Admitted *Pro Hac Vice*)
2  SHOOK, HARDY & BACON L.L.P.
   2555 Grand Boulevard
3  Kansas City, Missouri 64108
   Telephone: 816-474-6550
4  Facsimile: 816-421-5547
   jrebein@shb.com
5  acarpenter@shb.com

6

7  Tammy B. Webb, (Admitted *Pro Hac Vice*)
   John K. Sherk, III, (Admitted *Pro Hac Vice*)
   SHOOK, HARDY & BACON L.L.P.
8  One Montgomery, Suite 2700
   San Francisco, California 94104
9  Telephone:   415-544-1900
   Facsimile:   415-391-0281
10 jsherk@shb.com
   tbwebb@shb.com
11
   *Attorneys for Defendant*
12 Union Pacific Railroad Company

13
14                    UNITED STATES DISTRICT COURT
15                    FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| 16  JAMES PAUL MOONEY; LAZY COYOTE RV VILLAGE, LLC, on behalf of themselves and all others similarly situated, | Case No.  2:15-cv-01092-DGC |
| 18                                         Plaintiffs, | **UNION PACIFIC RAILROAD COMPANY'S NOTICE OF SERVICE OF EXPERT DISCLOSURES RELATED TO CLASS CERTIFICATION** |
| 20       v. | |
| 21  UNION PACIFIC RAILROAD COMPANY, successor to Southern Pacific Transportation Company; SFPP, L.P. (formerly known as Santa Fe Pipelines, Inc., formerly known as Southern Pacific Pipelines, Inc.); KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC., | |
| 25                                         Defendants. | |

26
27
28

1  PLEASE TAKE NOTICE that, pursuant to LRCiv 5.2, Defendant Union Pacific Railroad Co. served "full and complete expert disclosures as required by Rule 26(a)(2)(A)-(C) of the Federal Rules of Civil Procedure, on all matters related to class certification," and on all parties through their counsel of record, on September 26, 2016. Union Pacific's disclosure identified Scott T. Jones, Ph.D.; Bernie Shaner, SRA, MAI; and Michael Schaller, Ph.D.; and included an expert report for each.

Dated: September 26, 2016
Respectfully submitted,

 s/ Tammy B. Webb
Joseph Rebein, (Admitted *Pro Hac Vice*)
Andrew Carpenter (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jrebein@shb.com
acarpenter@shb.com

Tammy B. Webb, (Admitted *Pro Hac Vice*)
John K. Sherk, III, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:   415-544-1900
Facsimile:    415-391-0281
jsherk@shb.com
tbwebb@shb.com

Attorneys for Defendant
Union Pacific Railroad Company

**CERTIFICATE OF SERVICE**

I hereby certify that, on September 26, 2016, I electronically filed this notice using the CM/ECF system, which transmitted notice of the filing to all counsel of record

                                        *s/ Tammy B. Webb*
                                        Tammy B. Webb