Norman E. Siegel (*admitted pro hac vice*)
siegel@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

Thomas S. Stewart (*admitted pro hac vice*)
stewart@swm.legal
STEWART, WALD & MCCULLEY, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068

Plaintiffs' Interim Co-Lead Counsel

*[See Additional Counsel on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Paul Mooney; and Lazy Coyote RV Village, LLC, on behalf of themselves and all others similarly situated,<br><br>　　　　Plaintiffs,<br><br>　　v.<br><br>Union Pacific Railroad Company, successor to Southern Pacific Transportation Company; SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc., formerly known as Southern Pacific Pipelines, Inc.); Kinder Morgan Operating L.P. "D"; and Kinder Morgan G.P., Inc.,<br><br>　　　　Defendants. | CLASS ACTION<br><br>LEAD CASE NO. 2:15-cv-01092-DGC (Consolidated with Case No. 2:15-cv-01380-DGC)<br><br>**PLAINTIFFS' MOTION TO VACATE AND TEMPORARILY SUSPEND ENTRY OF COURT'S FEBRUARY 21, 2017 ORDER**<br><br>Honorable David G. Campbell |

Pursuant to Federal Rule of Civil Procedure 1, Plaintiffs respectfully request that this Court vacate and temporarily suspend entry of its February 21, 2017 Order (Doc. 260) relating to Plaintiffs' motion for class certification under Rule 23(b)(2) and (b)(3) until it enters an order regarding Plaintiffs' motion for class certification under Rule 23(c)(4). This would permit a more efficient consolidated process for appeal pursuant to Federal Rule of Civil Procedure 23(f) by one or more parties after the Court's determination of certification under Rule 23(c)(4). Defendants do not oppose the objective of facilitating simultaneous appeal schedules, but oppose the procedural mechanism to accomplish that goal by vacating the Order.

On February 21, 2016, this Court entered an Order denying Plaintiffs' motion for class certification under Rule 23(b)(2) and (b)(3). Doc. 260. Under Rule 23(f), Plaintiffs' deadline to file a petition for permission to appeal is "14 days after the order is entered," which is March 7, 2016. Fed. R. Civ. P. 23(f). However, this Court is currently considering whether to certify an issues class under Rule 23(c)(4). Doc. 260 at 1-2 & 33-35. Thus, the deadlines to request permission to appeal by any party will be different for the Court's ruling relating to Rule 23(c)(4) than the Court's Order regarding Rule 23(b)(2) and (b)(3).

Due to the staggered appellate deadlines, the Ninth Circuit will likely be faced with multiple, piecemeal petitions for permission to appeal, which will unnecessarily burden the Ninth Circuit with several briefs containing repetitive arguments. This situation can be avoided entirely if this Court temporarily vacates its certification Order relating to Rule 23(b)(2) and (b)(3) until it rules on Plaintiffs' request for certification under Rule 23(c)(4), thereby synchronizing the appellate deadlines and allowing any request for appeal under Rule 23(f) to be presented in a single petition or simultaneous cross petitions.

A district court has inherent power to rescind, reconsider, or modify an interlocutory order. *See United States v. Martin*, 226 F.3d 1042, 1049 (9th Cir. 2000)

(noting that a district court has the inherent authority to modify, alter, or revoke any non-final order); *see also* Fed. R. Civ. P. 54(b) (providing interlocutory orders "may be revised at any time before the entry of a judgment adjudicating all claims and all the parties' rights and liabilities."). Importantly, this Motion is not seeking reconsideration of the Court's February 21, 2017 Order, but simply for the Court to delay entry of the Order until it enters an order relating to Plaintiffs' motion for class certification under Rule 23(c)(4).

Additionally, Plaintiffs' counsel contacted Defendants' counsel regarding the subject matter of this Motion. Counsel for Kinder Morgan indicated that Kinder Morgan opposes vacating this Court's Order but agrees with the concept of facilitating simultaneous appeals if there are alternative procedural mechanisms to accomplish this goal. Union Pacific's position is in accord with Kinder Morgan's position. Thus, all parties agree with the purpose of this Motion. To that end, as a potential alternative to vacating its Order, this Court could enter a separate order holding that its February 21, 2017 Order is being held in abeyance and is not to be entered until the Court rules on the remainder of Plaintiffs' class certification motion. Nonetheless, Plaintiffs are not seeking to elevate form over substance, especially considering all parties agree on the aim of establishing simultaneous appellate deadlines.

Accordingly, Plaintiffs respectfully request that this Court vacate its Order dated February 21, 2017 (Doc. 260) until it rules on Plaintiffs' motion for class certification under Rule 23(c)(4). Alternatively, Plaintiffs respectfully request that this Court hold its Order dated February 21, 2017 (Doc. 260) in abeyance until it rules on Plaintiffs' motion for class certification under Rule 23(c)(4).

| | | |
|---|---|---|
| 1 | | |
| 2 | Dated: March 2, 2017 | Respectfully Submitted, |
| 3 | Thomas S. Stewart (*admitted pro hac vice*) | /s/ Norman E. Siegel |
| 4 | Elizabeth G. McCulley (*admitted pro hac vice*) | Norman E. Siegel (*admitted pro hac vice*) Barrett J. Vahle (*admitted pro hac vice*) |
| 5 | STEWART, WALD & MCCULLEY, LLC 2100 Central, Suite 22 | Ethan M. Lange (*admitted pro hac vice*) STUEVE SIEGEL HANSON LLP |
| 6 | Kansas City, Missouri 64108 | 460 Nichols Road, Suite 200 |
| 7 | Phone: (816) 303-1500 Fax: (816) 527-8068 | Kansas City, Missouri 64112 Phone: (816) 714-7100 |
| 8 | stewart@swm.legal | Fax: (816) 714-7101 |
| 9 | mcculley@swm.legal | siegel@stuevesiegel.com vahle@stuevesiegel.com |
| 10 | Steven M. Wald (*admitted pro hac vice*) | lange@stuevesiegel.com |
| 11 | STEWART, WALD & MCCULLEY, LLC 12747 Olive Blvd., Suite 280 | |
| 12 | St. Louis, Missouri 63141 Phone: (314) 720-6190 | |
| 13 | Fax: (314) 400-7724 | |
| 14 | wald@swm.legal | |
| 15 | *Plaintiffs' Interim Co-Lead Class Counsel* | |
| 16 | John W. Cowden (*admitted pro hac vice*) | Francis A. Bottini, Jr. |
| 17 | BAKER STERCHI COWDEN & RICE, L.L.C. 2400 Pershing Road, Suite 500 | (*admitted pro hac vice*) BOTTINI & BOTTINI, INC. |
| 18 | Kansas City, MO 64108 | 7817 Ivanhoe Avenue, Suite 102 La Jolla, California 92037 |
| 19 | Phone: (816) 471-2121 Fax: (816) 472-0288 | Phone: (858) 914-2001 Fax: (858) 914-2002 |
| 20 | cowden@bscr-law.com | fbottini@bottinilaw.com |
| 21 | | |
| 22 | | Kathryn Honecker (AZ Bar No. 020849) ROSE LAW GROUP PC |
| 23 | | 7144 E Stetson Drive, Suite 300 Scottsdale, Arizona 85251 |
| 24 | | Phone: (480) 291-0744 |
| 25 | | Fax: (480) 505-3925 khonecker@roselawgroup.com |
| 26 | *Additional Plaintiffs' Counsel* | |
| 27 | | |
| 28 | | |

3

PLAINTIFFS' MOTION TO VACATE AND TEMPORARILY
SUSPEND ENTRY OF COURT'S FEBRUARY 21, 2017 ORDER

**CERTIFICATE OF SERVICE**

I hereby certify that, on March 2, 2017, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which transmitted notice of the filing to all counsel of record.

                                        /s/ Norman E. Siegel
                                        Norman E. Siegel

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on March 1, 2017, a lawyer from my firm contacted counsel for Defendants to inquire whether Defendants oppose the above motion. On March 2, 2017, counsel for Kinder Morgan stated that Kinder Morgan opposes any motion to "vacate or modify" the Court's Order dated February 21, 2017 (Doc. 260); however, Kinder Morgan is "amenable to any reasonable mechanism that will allow the appellate issues to be handled simultaneously." Also on March 2, 2017, counsel for Union Pacific responded that Union Pacific's "position is in accord" with Kinder Morgan's position.

                                        /s/ Norman E. Siegel
                                        Norman E. Siegel