1
2
3
4
5

Norman E. Siegel (*admitted pro hac vice*)
*siegel@stuevesiegel.com*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

6
7
8
9
10

Thomas S. Stewart (*admitted pro hac vice*)
*stewart@swm.legal*
STEWART, WALD & MCCULLEY, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068

11

Plaintiffs' Interim Co-Lead Counsel

12

*[See Additional Counsel on Signature Page]*

13

14

## IN THE UNITED STATES DISTRICT COURT

## FOR THE DISTRICT OF ARIZONA

15
16
17

James Paul Mooney; and Lazy Coyote RV Village, LLC, on behalf of themselves and all others similarly situated,

18

Plaintiffs,

19

v.

20
21
22
23
24
25

Union Pacific Railroad Company, successor to Southern Pacific Transportation Company; SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc., formerly known as Southern Pacific Pipelines, Inc.); Kinder Morgan Operating L.P. "D"; and Kinder Morgan G.P., Inc.,

26

Defendants.

27

28

CLASS ACTION

LEAD CASE NO. 2:15-cv-01092-DGC
(Consolidated with Case No. 2:15-cv-01380-DGC)

**PLAINTIFFS' NOTICE OF SERVICE OF DEPOSITION NOTICES**

Honorable David G. Campbell

Pursuant to LRCiv 5.2, Plaintiffs James Paul Mooney and Lazy Coyote RV Village, LLC ("Plaintiffs"), file this Notice of Service of Discovery Responses informing the Court that, on the 3rd day of November 2017, Plaintiffs served the following deposition notices upon Defendants Union Pacific Railroad Company (formerly known as Southern Pacific Transportation Company), SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc. and Southern Pacific Pipelines, Inc.), Kinder Morgan Operating L.P. "D", and Kinder Morgan G.P., Inc., through their counsel of record:

- Notice of Videotaped Deposition of Jeff Glasgow;
- Notice of Videotaped Deposition of Union Pacific Railroad Company Pursuant to Fed. R. Civ. P. 30(b)(6); and
- Notice of Videotaped Deposition of Kinder Morgan Defendants Pursuant to Fed. R. Civ. P. 30(b)(6)

**PLAINTIFFS' NOTICE OF SERVICE
OF DEPOSITION NOTICES**

1

2

Dated: November 3, 2017

Respectfully Submitted,

/s/ Barrett J. Vahle

3

4

5

6

7

8

9

Thomas S. Stewart (*admitted pro hac vice*)
Elizabeth G. McCulley
(*admitted pro hac vice*)
STEWART, WALD & MCCULLEY, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068
stewart@swm.legal
mcculley@swm.legal

Norman E. Siegel (*admitted pro hac vice*)
Barrett J. Vahle (*admitted pro hac vice*)
Ethan M. Lange (*admitted pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
lange@stuevesiegel.com

10

11

12

13

14

Steven M. Wald (*admitted pro hac vice*)
STEWART, WALD & MCCULLEY, LLC
100 North Broadway, Suite 1580
St. Louis, Missouri 63102
Phone: (314) 720-6190
Fax: (314) 899-2925
wald@swm.legal

15

***Plaintiffs' Interim Co-Lead Class Counsel***

16

17

18

19

20

John W. Cowden (*admitted pro hac vice*)
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Phone: (816) 471-2121
Fax: (816) 472-0288
cowden@bscr-law.com

Francis A. Bottini, Jr.
(*admitted pro hac vice*)
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Phone: (858) 914-2001
Fax: (858) 914-2002
fbottini@bottinilaw.com

21

22

23

24

25

Kathryn Honecker (AZ Bar No. 020849)
ROSE LAW GROUP PC
7144 E Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Phone: (480) 291-0744
Fax: (480) 505-3925
khonecker@roselawgroup.com

26

***Additional Plaintiffs' Counsel***

27

28

**PLAINTIFFS' NOTICE OF SERVICE
OF DEPOSITION NOTICES**

1

2

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

**CERTIFICATE OF SERVICE**

      I hereby certify that, on November 3, 2017, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which transmitted notice of the filing to all counsel of record.

                  /s/ Barrett J. Vahle
                  Barrett J. Vahle

**PLAINTIFFS' NOTICE OF SERVICE
OF DEPOSITION NOTICES**