Norman E. Siegel (*admitted pro hac vice*)
siegel@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

Thomas S. Stewart (*admitted pro hac vice*)
stewart@swm.legal
STEWART, WALD & MCCULLEY, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068

Counsel for Plaintiffs

*[See Additional Counsel on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Paul Mooney; and Lazy Coyote RV Village, LLC, on behalf of themselves and all others similarly situated,<br><br>Plaintiffs,<br><br>v.<br><br>Union Pacific Railroad Company, successor to Southern Pacific Transportation Company; SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc., formerly known as Southern Pacific Pipelines, Inc.); Kinder Morgan Operating L.P. "D"; and Kinder Morgan G.P., Inc.,<br><br>Defendants. | CLASS ACTION<br><br>LEAD CASE NO. 2:15-cv-01092-DGC (Consolidated with Case No. 2:15-cv-01380-DGC and Case No. 2:17-cv-03099-SPL)<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF DISCOVERY TO DEFENDANTS**<br><br>Honorable David G. Campbell |

Pursuant to LRCiv 5.2, Plaintiffs James Paul Mooney and Lazy Coyote RV Village, LLC ("Plaintiffs"), file this Notice of Service of Discovery informing the Court that, on the 10th day of November, 2017, Plaintiffs served the following discovery upon Defendants Union Pacific Railroad Company (formerly known as Southern Pacific Transportation Company), SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc. and Southern Pacific Pipelines, Inc.), Kinder Morgan Operating L.P. "D", and Kinder Morgan G.P., Inc., through their counsel of record:

- Plaintiffs Mooney and Lazy Coyote's Second Request for Production of Documents; and
- Plaintiffs Mooney and Lazy Coyote's Second Interrogatories to Defendants.

| | |
|---|---|
| Dated: November 10, 2017 | Respectfully Submitted, |
| | /s/ Barrett J. Vahle |
| Thomas S. Stewart (*admitted pro hac vice*) | Norman E. Siegel (*admitted pro hac vice*) |
| Elizabeth G. McCulley | Barrett J. Vahle (*admitted pro hac vice*) |
| (*admitted pro hac vice*) | Ethan M. Lange (*admitted pro hac vice*) |
| STEWART, WALD & MCCULLEY, LLC | STUEVE SIEGEL HANSON LLP |
| 2100 Central, Suite 22 | 460 Nichols Road, Suite 200 |
| Kansas City, Missouri 64108 | Kansas City, Missouri 64112 |
| Phone: (816) 303-1500 | Phone: (816) 714-7100 |
| Fax: (816) 527-8068 | Fax: (816) 714-7101 |
| stewart@swm.legal | siegel@stuevesiegel.com |
| mcculley@swm.legal | vahle@stuevesiegel.com |
| | lange@stuevesiegel.com |
| Steven M. Wald (*admitted pro hac vice*) | |
| STEWART, WALD & MCCULLEY, LLC | |
| 100 North Broadway, Suite 1580 | |
| St. Louis, Missouri 63102 | |
| Phone: (314) 720-6190 | |
| Fax: (314) 899-2925 | |
| wald@swm.legal | |

*Counsel for Plaintiffs and Plaintiffs' Interim Co-Lead Class Counsel*

| | |
|---|---|
| John W. Cowden (*admitted pro hac vice*) | Francis A. Bottini, Jr. |
| BAKER STERCHI COWDEN & RICE, L.L.C. | (*admitted pro hac vice*) |
| 2400 Pershing Road, Suite 500 | BOTTINI & BOTTINI, INC. |
| Kansas City, Missouri 64108 | 7817 Ivanhoe Avenue, Suite 102 |
| Phone: (816) 471-2121 | La Jolla, California 92037 |
| Fax: (816) 472-0288 | Phone: (858) 914-2001 |
| cowden@bscr-law.com | Fax: (858) 914-2002 |
| penticuff@bscr-law.com | fbottini@bottinilaw.com |
| higgins@bscr-law.com | |
| | Kathryn Honecker (AZ Bar No. 020849) |
| | ROSE LAW GROUP PC |
| | 7144 E Stetson Drive, Suite 300 |
| | Scottsdale, Arizona 85251 |
| | Phone: (480) 291-0744 |
| | Fax: (480) 505-3925 |
| | khonecker@roselawgroup.com |

*Additional Plaintiffs' Counsel*

-3-
PLAINTIFFS' NOTICE OF SERVICE OF
DISCOVERY TO DEFENDANTS

**CERTIFICATE OF SERVICE**

I hereby certify that on November 10, 2017, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which transmitted notice of the filing to all counsel of record.

/s/ Barrett J. Vahle
Barrett J. Vahle