Norman E. Siegel (*admitted pro hac vice*)
siegel@stuevesiegel.com
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

Thomas S. Stewart (*admitted pro hac vice*)
stewart@swm.legal
STEWART, WALD & MCCULLEY, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068

Plaintiffs' Counsel

*[See Additional Counsel on Signature Page]*

**IN THE UNITED STATES DISTRICT COURT**

**FOR THE DISTRICT OF ARIZONA**

| | |
|---|---|
| James Paul Mooney; and Lazy Coyote RV Village, LLC,<br><br>Plaintiffs,<br><br>v.<br><br>Union Pacific Railroad Company, successor to Southern Pacific Transportation Company; SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc., formerly known as Southern Pacific Pipelines, Inc.); Kinder Morgan Operating L.P. "D"; and Kinder Morgan G.P., Inc.,<br><br>Defendants. | LEAD CASE NO. 2:15-cv-01092-DGC (Consolidated with Case No. 2:15-cv-01380-DGC)<br><br>**PLAINTIFFS' NOTICE OF SERVICE OF EXPERT DISCLOSURE**<br><br>Honorable David G. Campbell |

1  Pursuant to LRCiv 5.2, Plaintiffs James Paul Mooney and Lazy Coyote RV
2 Village, LLC ("Plaintiffs"), file this Notice of Service of Expert Disclosure informing the
3 Court that, on the 8th day of December 2017, Plaintiffs served their Expert Disclosure
4 upon Defendants Union Pacific Railroad Company (formerly known as Southern Pacific
5 Transportation Company), SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc.
6 and Southern Pacific Pipelines, Inc.), Kinder Morgan Operating L.P. "D", and Kinder
7 Morgan G.P., Inc., through their counsel of record:

**PLAINTIFFS' NOTICE OF
SERVICE OF EXPERT DISCLOSURE**

Dated: December 8, 2017

Thomas S. Stewart (*admitted pro hac vice*)
Elizabeth G. McCulley
(*admitted pro hac vice*)
STEWART, WALD & MCCULLEY, LLC
2100 Central, Suite 22
Kansas City, Missouri 64108
Phone: (816) 303-1500
Fax: (816) 527-8068
stewart@swm.legal
mcculley@swm.legal

Steven M. Wald (*admitted pro hac vice*)
STEWART, WALD & MCCULLEY, LLC
100 North Broadway, Suite 1580
St. Louis, Missouri 63102
Phone: (314) 720-6190
Fax: (314) 899-2925
wald@swm.legal

Respectfully Submitted,

/s/ Barrett J. Vahle
Norman E. Siegel (*admitted pro hac vice*)
Barrett J. Vahle (*admitted pro hac vice*)
Ethan M. Lange (*admitted pro hac vice*)
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101
siegel@stuevesiegel.com
vahle@stuevesiegel.com
lange@stuevesiegel.com

*Plaintiffs' Counsel*

John W. Cowden (*admitted pro hac vice*)
BAKER STERCHI COWDEN & RICE, L.L.C.
2400 Pershing Road, Suite 500
Kansas City, Missouri 64108
Phone: (816) 471-2121
Fax: (816) 472-0288
cowden@bscr-law.com

Francis A. Bottini, Jr.
(*admitted pro hac vice*)
BOTTINI & BOTTINI, INC.
7817 Ivanhoe Avenue, Suite 102
La Jolla, California 92037
Phone: (858) 914-2001
Fax: (858) 914-2002
fbottini@bottinilaw.com

Kathryn Honecker (AZ Bar No. 020849)
ROSE LAW GROUP PC
7144 E Stetson Drive, Suite 300
Scottsdale, Arizona 85251
Phone: (480) 291-0744
Fax: (480) 505-3925
khonecker@roselawgroup.com

*Additional Plaintiffs' Counsel*

-3-
**PLAINTIFFS' NOTICE OF
SERVICE OF EXPERT DISCLOSURE**

**CERTIFICATE OF SERVICE**

I hereby certify that, on December 8, 2017, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which transmitted notice of the filing to all counsel of record.

                                     /s/ Barrett J. Vahle
                                     Barrett J. Vahle

**PLAINTIFFS' NOTICE OF
SERVICE OF EXPERT DISCLOSURE**