1 STEVEN M. STRAUSS (*Admitted Pro Hac Vice*)
(sms@cooley.com)
2 M. RAY HARTMAN III (*Admitted Pro Hac Vice*)
(rhartman@cooley.com)
3 SUMMER J. WYNN (*Admitted Pro Hac Vice*)
(swynn@cooley.com)
4 CATHERINE J. O'CONNOR (*Admitted Pro Hac Vice*)
(coconnor@cooley.com)
5 4401 Eastgate Mall
San Diego, CA  92121
6 Telephone:    (858) 550-6000
Facsimile:    (858) 550-6420
7
Attorneys for Defendants
8 SFPP, L.P., Kinder Morgan Operating L.P. "D," and
Kinder Morgan G.P., Inc.
9

10                    **IN THE UNITED STATES DISTRICT COURT**

11                       **FOR THE DISTRICT OF ARIZONA**

12

| 13 | James Paul Mooney; and Lazy Coyote RV Village, LLC, on behalf of themselves and all others similarly situated, | LEAD CASE NO. 2:15-cv-01092-DGC (Consolidated with Case No. 2:15-cv-01380-DGC) |
|---|---|---|
| 14 | | |
| 15 | Plaintiffs, | **KINDER MORGAN'S NOTICE OF SERVICE OF KINDER MORGAN'S RESPONSES AND OBJECTIONS TO PLAINTIFFS' NOTICE OF DEPOSITION, SECOND SET OF INTERROGATORIES, AND SECOND REQUEST FOR PRODUCTION OF DOCUMENTS** |
| 16 | v. | |
| 17 | Union Pacific Railroad Company, successor to Southern Pacific Transportation Company; SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc., formerly known as Southern Pacific Pipelines, Inc.); Kinder Morgan Operating L.P. "D"; and Kinder Morgan G.P., Inc. | |
| 18 | | |
| 19 | | Honorable David G. Campbell |
| 20 | | |
| 21 | Defendants. | |
| 22 | | |

23

24

25

26

27

28

COOLEY LLP
ATTORNEYS AT LAW
SAN DIEGO

1

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

      **PLEASE TAKE NOTICE** that, pursuant to LRCiv 5.2, Defendants SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc. (collectively "Kinder Morgan"), file this Notice of Service informing the Court that, on November 15, 2017, Kinder Morgan served its Responses and Objections to Plaintiffs' Notice of Videotaped Deposition of the Kinder Morgan Defendants Pursuant to Fed. R. Civ. P. 30(b)(6), and on December 11, 2017, Kinder Morgan Served its Responses and Objections to Plaintiffs' Second Set of Interrogatories and Second Request for Production of Documents on Plaintiffs James Paul Mooney and Lazy Coyote RV Village, LLC (collectively, "Plaintiffs") and Defendant Union Pacific Railroad Company ("Union Pacific"), through their counsel of record.

Dated:   December 12, 2017        COOLEY LLP


*/s/ M. Ray Hartman III*
Steven M. Strauss (*Admitted Pro Hac Vice*)
M. Ray Hartman III (*Admitted Pro Hac Vice*)
Summer J. Wynn (*Admitted Pro Hac Vice*)
Catherine J. O'Connor (*Admitted Pro Hac Vice*)

Attorneys for Defendants
SFPP, L.P., Kinder Morgan Operating L.P. "D,"
and Kinder Morgan G.P., Inc.

156988916 v1

Cooley LLP
Attorneys At Law
San Diego

2

KINDER MORGAN'S NOTICE OF SERVICE
OF RESPONSES TO DISCOVERY
CASE NO. 2:15-CV-01092-DGC