Joseph Rebein, (Admitted *Pro Hac Vice*)
Andrew Carpenter (Admitted *Pro Hac Vice*)
Brent Dwerlkotte (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jrebein@shb.com
acarpenter@shb.com
dbdwerlkotte@shb.com

Tammy B. Webb, (Admitted *Pro Hac Vice*)
John K. Sherk, III, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:   415-544-1900
Facsimile:   415-391-0281
jsherk@shb.com
tbwebb@shb.com

*Attorneys for Defendant*
Union Pacific Railroad Company

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| JAMES PAUL MOONEY; LAZY COYOTE RV VILLAGE, LLC<br><br>Plaintiffs,<br><br>v.<br><br>UNION PACIFIC RAILROAD COMPANY, successor to Southern Pacific Transportation Company; SFPP, L.P. (formerly known as Santa Fe Pipelines, Inc., formerly known as Southern Pacific Pipelines, Inc.); KINDER MORGAN OPERATING L.P. "D," and KINDER MORGAN G.P., INC.,<br><br>Defendants. | Lead Case No. 2:15-cv-01092-PHX-DGC (consolidated with Case No. 2:15-cv-01380-DGC and 2:17-CV-3099-DGC)<br><br>**JOINT STIPULATION TO EXTEND TIME TO RESPOND TO PLAINTIFFS' AMENDED COMPLAINT**<br><br>**(FIRST REQUEST)** |

IT IS HEREBY STIPULATED, pursuant to LR Civ. 7.3, by and between the Parties to the above-captioned case, that Defendants Union Pacific Railroad Company and Kinder Morgan shall receive an extension of time, up to and including January 10, 2018, to respond to Plaintiffs' Amended Complaint. Doc. # 309.  This is the first stipulation seeking an extension of time.

Defendants' responses to Plaintiffs' Amended Complaint are currently due on December 18, 2017.

Dated:  December 18, 2017          Respectfully submitted,

 s/ *Tammy B. Webb*_____
Joseph Rebein, (Admitted *Pro Hac Vice*)
Andrew Carpenter (Admitted *Pro Hac Vice*)
Brent Dwerlkotte (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
2555 Grand Boulevard
Kansas City, Missouri 64108
Telephone: 816-474-6550
Facsimile: 816-421-5547
jrebein@shb.com
acarpenter@shb.com
dbdwerlkotte@shb.com

Tammy B. Webb, (Admitted *Pro Hac Vice*)
John K. Sherk, III, (Admitted *Pro Hac Vice*)
SHOOK, HARDY & BACON L.L.P.
One Montgomery, Suite 2700
San Francisco, California 94104
Telephone:   415-544-1900
Facsimile:    415-391-0281
jsherk@shb.com
tbwebb@shb.com

Attorneys for Defendant
Union Pacific Railroad Company

1027036

| | | |
|---|---|---|
| 1 | Dated:   December 18, 2017 | COOLEY LLP |

*/s/ M. Ray Hartman III*
Steven M. Strauss (*Admitted Pro Hac Vice*)
M. Ray Hartman III (*Admitted Pro Hac Vice*)
Summer J. Wynn (*Admitted Pro Hac Vice*)
Catherine J. O'Connor (*Admitted Pro Hac Vice*)

Attorneys for Defendants
SFPP, L.P., Kinder Morgan Operating L.P. "D,"
and Kinder Morgan G.P., Inc.

Dated:   December 18, 2017      /s/ Barrett J. Vahle
   Norman E. Siegel (*admitted pro hac vice*)
   Barrett J. Vahle (*admitted pro hac vice*)
   Ethan M. Lange (*admitted pro hac vice*)
   STUEVE SIEGEL HANSON LLP
   460 Nichols Road, Suite 200
   Kansas City, Missouri 64112
   Phone: (816) 714-7100

   Attorneys for Plaintiffs

**CERTIFICATE OF CONFERENCE**

I hereby certify that, on December 18, 2017, I electronically filed the above and foregoing with the Clerk of Court using the CM/ECF system, which transmitted notice of the filing to all counsel of record.

*/s/ Tammy B. Webb*
TAMMY B. WEBB