| | |
|---|---|
| 1 | STEVEN M. STRAUSS (*Admitted Pro Hac Vice*) |
| | (sms@cooley.com) |
| 2 | M. RAY HARTMAN III (*Admitted Pro Hac Vice*) |
| | (rhartman@cooley.com) |
| 3 | SUMMER J. WYNN (*Admitted Pro Hac Vice*) |
| | (swynn@cooley.com) |
| 4 | CATHERINE J. O'CONNOR (*Admitted Pro Hac Vice*) |
| | (coconnor@cooley.com) |
| 5 | 4401 Eastgate Mall |
| | San Diego, CA  92121 |
| 6 | Telephone:    (858) 550-6000 |
| | Facsimile:    (858) 550-6420 |
| 7 | |
| 8 | Attorneys for Defendants |
| | SFPP, L.P., Kinder Morgan Operating L.P. "D," and |
| | Kinder Morgan G.P., Inc. |

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Paul Mooney; and Lazy Coyote RV Village, LLC, on behalf of themselves and all others similarly situated, | LEAD CASE NO. 2:15-cv-01092-DGC (Consolidated with Case No. 2:15-cv-01380-DGC) |
| Plaintiffs, | **NOTICE OF SERVICE OF DEFENDANTS' THIRD SETS OF INTERROGATORIES, SECOND SETS OF REQUESTS FOR PRODUCTION, AND SECOND SETS OF REQUESTS FOR ADMISSION TO PLAINTIFFS** |
| v. | |
| Union Pacific Railroad Company, successor to Southern Pacific Transportation Company; SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc., formerly known as Southern Pacific Pipelines, Inc.); Kinder Morgan Operating L.P. "D"; and Kinder Morgan G.P., Inc. | Honorable David G. Campbell |
| Defendants. | |

**TO THE COURT, ALL PARTIES, AND THEIR ATTORNEYS OF RECORD:**

**PLEASE TAKE NOTICE** that, pursuant to LRCiv 5.2, Defendants SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc. (collectively "Kinder Morgan"), file this Notice of Service informing the Court that, on December 18, 2017, Defendants Kinder Morgan and Union Pacific Railroad Company served their Third Set of Interrogatories, Second Set of Requests for Production, and Second Set of Requests for Admission on Plaintiff James Paul Mooney, and served their Third Set of Interrogatories, Second Set of Requests for Production, and Second Set of Requests for Admission on Plaintiff Lazy Coyote RV Village, LLC, through their counsel of record.

Dated:   December 19, 2017          COOLEY LLP

*/s/ M. Ray Hartman III*
Steven M. Strauss (*Admitted Pro Hac Vice*)
M. Ray Hartman III (*Admitted Pro Hac Vice*)
Summer J. Wynn (*Admitted Pro Hac Vice*)
Catherine J. O'Connor (*Admitted Pro Hac Vice*)

Attorneys for Defendants
SFPP, L.P., Kinder Morgan Operating L.P. "D," and Kinder Morgan G.P., Inc.

157769687 v1