Norman E. Siegel
*siegel@stuevesiegel.com*
STUEVE SIEGEL HANSON LLP
460 Nichols Road, Suite 200
Kansas City, Missouri 64112
Phone: (816) 714-7100
Fax: (816) 714-7101

Counsel for Plaintiffs

*[See Additional Counsel on Signature Page]*

# IN THE UNITED STATES DISTRICT COURT

# FOR THE DISTRICT OF ARIZONA

| | |
|---|---|
| James Paul Mooney; Lazy Coyote RV Village, LLC; Gordon H. Earhart, Trustee of the Earhart Family Revocable Trust; Rudy T. Escalante and Laurie B. Escalante; Patricia Miller and Jeffrey Miller; Linda Martinez; Scott Hurst, Mark Blosser; Janie Hernandez; Petra R. Lopez; and Raymond Vice and Barbara Vice,<br><br>　　　　　Plaintiffs,<br><br>　　v.<br><br>Union Pacific Railroad Company, successor to Southern Pacific Transportation Company; SFPP, L.P. (formerly known as Santa Fe Pacific Pipelines, Inc., formerly known as Southern Pacific Pipelines, Inc.); Kinder Morgan Operating L.P. "D"; and Kinder Morgan G.P., Inc.,<br><br>　　　　　Defendants. | LEAD CASE NO. 2:15-cv-01092-DGC<br><br>(Consolidated with Case Nos. 2:15-cv-1380-DGC and 2:17-cv-03099-DGC)<br><br>**STIPULATION OF DISMISSAL WITHOUT PREJUDICE BY PLAINTIFF LAZY COYOTE RV VILLAGE, LLC**<br><br>Honorable David G. Campbell |

1  Pursuant to Fed. R. Civ. P. 41(a)(1)(A)(ii), **Plaintiff Lazy Coyote RV Village,**
2  **LLC only** and Defendants Union Pacific Railroad Company (formerly known as
3  Southern Pacific Transportation Company) and SFPP, L.P. (formerly known as Santa Fe
4  Pacific Pipelines, Inc. and Southern Pacific Pipelines, Inc.), Kinder Morgan Operating
5  L.P. "D", and Kinder Morgan G.P., Inc. (collectively "Defendants"), hereby stipulate to
6  dismiss all claims and counterclaims asserted by either Plaintiff Lazy Coyote RV Village,
7  LLC or Defendants **without prejudice**. The Parties will bear their own costs.

| | |
|---|---|
| Dated: May 2, 2018 | Respectfully Submitted, |
| Thomas S. Stewart | /s/ Barrett J. Vahle |
| (*admitted pro hac vice*) | Norman E. Siegel (*admitted pro hac vice*) |
| Elizabeth G. McCulley | Barrett J. Vahle (*admitted pro hac vice*) |
| (*admitted pro hac vice*) | Ethan M. Lange (*admitted pro hac vice*) |
| STEWART, WALD & MCCULLEY, LLC | STUEVE SIEGEL HANSON LLP |
| 2100 Central, Suite 22 | 460 Nichols Road, Suite 200 |
| Kansas City, Missouri 64108 | Kansas City, Missouri 64112 |
| Phone: (816) 303-1500 | Phone: (816) 714-7100 |
| Fax: (816) 527-8068 | Fax: (816) 714-7101 |
| stewart@swm.legal | siegel@stuevesiegel.com |
| mcculley@swm.legal | vahle@stuevesiegel.com |
| | lange@stuevesiegel.com |
| Steven M. Wald (*admitted pro hac vice*) | |
| STEWART, WALD & MCCULLEY, LLC | Francis A. Bottini, Jr. |
| 12747 Olive Blvd., Suite 280 | (*admitted pro hac vice*) |
| St. Louis, Missouri 63141 | BOTTINI & BOTTINI, INC. |
| Phone: (314) 720-6190 | 7817 Ivanhoe Avenue, Suite 102 |
| Fax: (314) 400-7724 | La Jolla, California 92037 |
| wald@swm.legal | Phone: (858) 914-2001 |
| | Fax: (858) 914-2002 |
| | fbottini@bottinilaw.com |
| John W. Cowden (*admitted pro hac vice*) | |
| BAKER STERCHI COWDEN & RICE, L.L.C. | Kathryn Honecker (AZ Bar No. 020849) |
| 2400 Pershing Road, Suite 500 | ROSE LAW GROUP PC |
| Kansas City, MO 64108 | 7144 E Stetson Drive, Suite 300 |
| Phone: (816) 471-2121 | Scottsdale, Arizona 85251 |
| Fax: (816) 472-0288 | Phone: (480) 291-0744 |
| cowden@bscr-law.com | Fax: (480) 505-3925 |
| | khonecker@roselawgroup.com |

*Counsel for Plaintiffs*

| | |
|---|---|
| Dated: May 2, 2018 | Respectfully submitted, |
| | /s/ Tammy B. Webb_____ |
| | John K. Sherk, III |
| | Tammy B. Webb |
| | SHOOK, HARDY & BACON L.L.P. |
| | One Montgomery, Suite 2700 |
| | San Francisco, California 94104 |
| | Telephone: 415-544-1900 |
| | Facsimile: 415-391-0281 |
| | Email: jsherk@shb.com |
| | Email: tbwebb@shb.com |
| | |
| | Joseph Rebein |
| | SHOOK, HARDY & BACON L.L.P. |
| | 2555 Grand Blvd. |
| | Kansas City, Missouri 64108 |
| | Telephone:  (816) 474-6550 |
| | Facsimile:   (816) 421-5547 |
| | Email: jrebein@shb.com |
| | |
| | Attorneys for Defendant |
| | UNION PACIFIC RAILROAD COMPANY |
| | |
| Dated: May 2, 2018 | /s/ M. Ray Hartman III |
| | Steven M. Strauss |
| | M. Ray Hartman III |
| | Summer J. Wynn |
| | COOLEY LLP |
| | 4401 Eastgate Mall |
| | San Diego, CA 92121 |
| | Telephone: (858) 550-6030 |
| | Facsimile: (858) 550-6420 |
| | sms@cooley.com |
| | swynn@cooley.com |
| | |
| | Attorneys for Defendants |
| | SFPP, L.P., KINDER MORGAN |
| | OPERATING L.P. "D," and KINDER |
| | MORGAN G.P., INC. |